FILED
September 22, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )   Case No. 2:11MJ00300-GGH-1
         Plaintiff,               )
v.                                )   ORDER FOR RELEASE OF
                                  )   PERSON IN CUSTODY
ROBERT E. MORRIS,                 )
                                  )
         Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ROBERT E. MORRIS__ , Case No. __2:11MJ00300-GGH-1__ , Charge __18USC § 286, 287__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

\_\_ Bail Posted in the Sum of $_____

\_\_ Unsecured Appearance Bond

\_\_ Appearance Bond with 10% Deposit

\_\_ Appearance Bond with Surety

\_\_ Corporate Surety Bail Bond

✔ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 22, 2011__ at __2:00 pm__ .

By  /s/ Gregory G. Hollows
    Gregory G. Hollows
    United States Magistrate Judge

Copy 5 - Court